# Court of Appeals
# of the State of Georgia

ATLANTA,___May 20, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15D0386. DAVIS O'LEARY VI, LTD. v. JORDAN, JONES & GOULDING, INC.**

Davis O'Leary VI, Ltd. filed an action for damages against two defendants. On September 15, 2014, the trial court directed the entry of final judgment against defendant Jordan, Jones & Goulding, Inc. in the amount of $750.00. Davis O'Leary VI, Ltd. appealed directly to this Court, but we dismissed the appeal because OCGA § 5-6-35 (a) (6) requires an application for discretionary appeal in an action for damages in which the judgment is $10,000.00 or less. See Case No. A15A1182, dismissed April 13, 2015. On April 24, 2015, Davis O'Leary VI, Ltd. filed this application for discretionary appeal, seeking review of the trial court's September 15, 2014 order. We lack jurisdiction because the application is untimely.

A discretionary application must be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *In the Interest of S. M. B.*, 319 Ga. App. 125 (735 SE2d 122) (2012); *Boyle v. State of Ga.*, 190 Ga. App. 734 (380 SE2d 57) (1989). Because this application was filed 221 days after entry of the order that Davis O'Leary VI, Ltd. seeks to appeal, it is untimely, and we are without jurisdiction to consider it. The

application is therefore DISMISSED.[1]



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*_____05/20/2015_____
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] Davis O'Leary VI, Ltd. urges us to deem the application to "relate back" to its timely notice of direct appeal, but we have no authority to overlook Davis O'Leary VI, Ltd.'s procedural default.